# United States District Court

NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>TERRY EUGENE PEACE, BRIAN EDWARD CANNON<br>AND CORY ROBERT WILLIAMSON | **WARRANT FOR ARREST**<br>AGENT TO ARREST<br><br>Case Number: 4:14-MJ-10 |

TO:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **BRIAN EDWARD CANNON**

and bring him or her forthwith to the nearest magistrate to answer a **COMPLAINT** charging him with: Conspiracy to receive and possess a firearm in violation of Title 26, United States Code, Section 5861

in violation of Title 18, United States Code, Section 371.

| | |
|---|---|
| WALTER E. JOHNSON<br>Name of Issuing Officer | United States Magistrate Judge<br>Title of Issuing Officer |
| <br>Signature of Issuing Officer<br><br>Bail Fixed at $_____ | February 18, 2014<br>Rome, Georgia<br>Date and Location<br><br>by _____<br>Name of Judicial Officer |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Federal Courthouse located at 600 East First St., Rome, GA.

Date Received: 02/18/2014

Date of Arrest: 02/18/2014

SA Micah J. Childers, FBI
Name and Title of Arresting Officer

Signature of Arresting Officer

**FILED IN CHAMBERS**
**U.S.D.C. - Rome**

FEB 1 8 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk