U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C. Atlanta

DEC 2 3 2014

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Rome
(USAO: 2014R00101)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Floyd

DISTRICT COURT NO.    4:14-CR-011-HLM-WEJ

MAGISTRATE CASE NO.    4:14-MJ-10

X Indictment
DATE: December 23, 2014

Information
DATE:

X Magistrate's Complaint
DATE: February 13, 2014

UNITED STATES OF AMERICA
vs.
BRIAN EDWARD CANNON

FIRST SUPERSEDING INDICTMENT
Prior Case Number: 4:14-CR-011
Date Filed: December 23, 2014

GREATER OFFENSE CHARGED: X Felony    Misdemeanor

### Defendant Information:

Is the defendant in custody?    X Yes    No
Is the defendant in custody on this charge or other conviction?    On this charge
Is the defendant awaiting trial on other charges?    Yes    X No
   Other charges:
   Name of institution:

District Judge: Harold L. Murphy
Magistrate Judge: Walter E. Johnson

Attorney: Tracia M. King
Defense Attorney: Christopher P. Twyman