FILED IN CLERK'S OFFICE
U.S.D.C. Rome

AUG 26 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| BRIAN EDWARD CANNON, | ) | 4:14-CR-00011-2-HLM-WEJ |
| | ) | |
| Defendant. | ) | |

## MOTION TO FILE SENTENCING MEMORANDUM UNDER SEAL

COMES NOW the Defendant, BRIAN EDWARD CANNON (the "Defendant"), and moves this Court for leave to file his Sentencing Memorandum Under Seal.

Respectfully submitted,

COX, BYINGTON,
BRUMLOW & TWYMAN, LLP

BY: /s/ Christopher P. Twyman
CHRISTOPHER P. TWYMAN
Georgia Bar Number 720660
Attorney for Defendant

711 Broad Street
Rome, Georgia 30161
(706) 291-2002
(706) 291-6242 facsimile

-1-

## CERTIFICATE OF SERVICE

I, CHRISTOPHER P. TWYMAN, do certify that I have this day served a copy of the within and foregoing **MOTION TO FILE SENTENCING MEMORANDUM UNDER SEAL** upon opposing counsel via email notification upon the following attorneys of record:

>Ryan Karim Buchanan
>Tracia M. King
>U.S. Attorney's Office-ATL
>600 U.S. Courthouse
>75 Spring Street, S.W.
>Atlanta, GA 30303

This 26th day of August, 2015.

s/ Christopher P. Twyman
CHRISTOPHER P. TWYMAN