IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. |
| | ) | |
| BRIAN EDWARD CANNON, | ) | 4:14-CR-00011-2-HLM-WEJ |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter comes before the Court on Defendant BRIAN EDWARD CANNON's Motion to File Sentencing Memorandum Under Seal. Upon consideration of the defendant's motion, the Court **GRANTS** the motion and directs the Clerk to file the defendants sentencing memorandum **UNDER SEAL**.

SO ORDERED this ___ day of August, 2015.

HON. HAROLD L. MURPHY
UNITED STATE DISTRICT JUDGE