# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

### 4:14-cr-00011-HLM-WEJ
### USA v. Peace et al
### Honorable Harold L. Murphy

Minute Sheet for proceedings held In Open Court on 08/28/2015.

TIME COURT COMMENCED: 1:30 P.M.
TIME COURT CONCLUDED: 3:00 A.M.
TIME IN COURT: 1:30
OFFICE LOCATION: Rome

COURT REPORTER: Alicia Bagley
USPO: Mary Waggoner
DEPUTY CLERK: Sam Johnston

DEFENDANT(S): [2]Brian Edward Cannon Present at proceedings

ATTORNEY(S) PRESENT:
Ryan Buchanan representing USA
Tracia King representing USA
Christopher Twyman representing Brian Edward Cannon

PROCEEDING CATEGORY: Sentencing Hearing(Sentencing Hearing-Contested);

MINUTE TEXT: The defendant stated he has read and understands the PSR; The Court adopts all the findings and conclusions of the PSR in all respects except as to any contested issues. The Court puts into evidence the PSR, all the sentencing calculations made by the U.S. Probation Officer and all the attachments there too. The defendant makes an oral motion for a departure of the sentencing guidelines. The Court orally granted the defendants motion for a variance below the guideline range. Sentence: Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 144 months as to Count One (1), The defendant shall pay a special assessment of $100.00, which shall be due immediately; Upon release from imprisonment, the defendant shall be on supervised release for a term of 5 years. The Court recommends that the defendant be allowed to serve his sentence in a facility in a geographic area near west coast near Bakersfield, California. All other terms and conditions are as stated in the Judgment and Commitment. The defendant was advised of his rights to appeal his case; the court offered the parties an opportunity to state their exceptions for the record. The defendant was remanded into the custody of the U. S. Marshal.